Shayna **JACOBS** by Next Friend Douglas **JACOBS**,
Appellant,

v.

**C & R SUPER MARKET,**
**et al., Respondent.**

**No. WD 68902.**

Missouri Court of Appeals,
Western District.

June 30, 2008.

James A. Montee, Esq., St. Joseph; Nakesia J. Smith, Esq., Co–Counsel, St. Joseph, MO, for appellant.

Jeffrey K. Suess, Esq., St. Louis, MO, for respondents.

Before: HOWARD, C.J., HARDWICK, and WELSH, JJ.

### *ORDER*

PER CURIAM.

Shayna Jacobs, a minor, appeals from the summary judgment granted in favor of

C & R Super Markets, Inc. and LaPlata C & R, Inc. on her negligence claim. For reasons explained in the Memorandum provided to the parties, we affirm the judgment. Rule 84.16(b).